CLUTE, Respondent, v. DICKINS, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Charles A. Clute against Frances A. Dickins. No opinion. Order affirmed, with $10 costs and disbursements.

In re COHEN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of J. Quintus Cohen. No opinion. Referred to official referee. Settle order on notice.

COHEN, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Louis Cohen against Rebecca Cohen. H. Greenberg, of New York City, for appellant. J. Palmieri, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1110.

COLORADO & S. RY. CO. v. BLAIR et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Colorado & Southern Railway Company against De Witt C. Blair and others. No opinion. Motion granted; question certified; order filed. See, also, 163 App. Div. 698, 148 N. Y. Supp. 671.

In re COMMISSIONERS OF PALISADES INTERSTATE PARK (two cases). (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the application of the Commissioners of the Palisades Interstate Park for the condemnation of certain lands situated in the County of Rockland, State of New York. Appeals Nos. 1 and 2. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 83 Misc. Rep. 186, 144 N. Y. Supp. 782.

In re COMMISSIONERS OF PALISADES INTERSTATE PARK (two cases). (Supreme Court, Appellate Division, Second Department. November 6, 1914.) In the matter of the application of the Commissioners of the Palisades Interstate Park, for condemnation of certain lands, etc. Appeals Nos. 1 and 2. No opinion. Motions to resettle orders in accordance with stipulations signed by the parties granted.

CONDON, Respondent, v. H. C. STOWE CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by James Condon, an infant, etc., by Margaret Condon, his guardian ad litem, against the H. C. Stowe Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 148 N. Y. Supp. 1110.

CONROY, Respondent, v. STANDARD MAIL ORDER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Fred L. Conroy against the Standard Mail Order Company. No opinion. Order affirmed, with $10 costs and disbursements.

COOPER v. NOROVE. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Edwin Q. Cooper against Isaac Norove. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

COPELAND, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Eliza Copeland, as administratrix, etc., of Cynthia J. Dunn, deceased, against Arthur T. Dunn, as sole administrator, etc., of Sarah J. Newton, deceased. No opinion. Motion denied. See, also, 148 N. Y. Supp. 418.

COX, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by James Cox against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

COX, Respondent, v. SCHWAB, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Kate M. Cox against Anton L. Schwab, personally and as surviving partner, etc.
PER CURIAM. Judgment and order affirmed, with costs.
FOOTE, J., dissents.

CRAMER et al., Respondents, v. GRAND RAPIDS SHOWCASE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Caroline V. Cramer and another against the Grand Rapids Showcase Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the damages are excessive, unless the plaintiffs will stipulate to reduce the damages to $1,500, in which case the judgment is so modified, and, as modified, judgment and order affirmed, without costs.
HOWARD and WOOWARD, JJ., vote for reversal.

CROMWELL, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October

2, 1914.) Action by John Herbert Cromwell against the Long Island Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents, upon the ground that plaintiff was guilty of contributory negligence as matter of law, with whom JENKS, P. J., concurs.

CUOCO et al., Respondents, v. CLASSON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Luigi Cuoco and another against the Classon Building Company and another. No opinion. Motion to dismiss appeal denied, upon condition that the appellants perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 149 N. Y. Supp. 1077.

CUOCO et al., Respondents, v. CLASSON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Luigi Cuoco, and another against the Classon Building Company and another.

PER CURIAM. The respondents should deposit with the county clerk for inspection, pending certification of the case, the exhibits; and the appellants may have five days after notice of the submission of such exhibits to the county clerk to procure certification of the case on appeal, place the same on the calendar, and be ready for argument when reached. See, also, 149 N. Y. Supp. 1077.

CURTIN, Respondent, v. CLARKSON & FORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by John J. Curtin against the Clarkson & Ford Company. No opinion. Judgment and order unanimously affirmed, with costs.

CURTIS BROS. LUMBER CO., Respondent, v. THRALL CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by the Curtis Bros. Lumber Company against the Thrall Construction Company and others. No opinion. Order of the County Court of Kings County reversed, with $10 costs and disbursements, on authority of Deeves v. Metropolitan, etc., Co., 6 Misc. Rep. 91, 26 N. Y. Supp. 23, affirmed on opinion below 141 N. Y. 587, 36 N. E. 739, and motion remitted to said court for disposition in accordance with said authority.

In re DAHLGREN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of John V. Dahlgren. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

D'AMATO et al. v. ELKEMA et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Gaetano D'Amato and others against Annie V. Elkema and another, as substituted trustees, etc., of Mary A. Buskirk, deceased, and others. No opinion. Judgment affirmed by default, with costs.

DANKOWSKI, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Action by Mary Dankowski, as administratrix, etc., against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

DAVIES, Respondent, v. CORNING & P. P. ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Charles H. Davies against the Corning & Painted Post Street Railway Company. No opinion. Judgment and order affirmed, with costs. See, also, 149 N. Y. Supp. 1077.

DAVIES, Respondent, v. CORNING & P. P. ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Charles H. Davies against the Corning & Painted Post Street Railway Company. No opinion. Order denying motion for appointment of referee affirmed, with $10 costs and disbursements. See, also, 149 N. Y. Supp. 1077.

DAVIS, Appellant, v. DAVIS, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by James R. Davis against Emma Estelle Davis. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS, Respondent, v. GAS ENGINE & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Edwin L. Davis against the Gas Engine & Power Company and another consolidated.

PER CURIAM. In view of the death of defendant's superintendent, Purdy, between the time at which plaintiff was allowed to withdraw a juror at the second trial and the making of this motion for leave to serve an amended complaint, we think that prejudicial injury would be sustained by defendant under all the circumstances, due to the laches of plaintiff in making his application for leave to serve an amended complaint. Therefore the order permitting the service of an amended complaint is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. See, also, 148 App. Div. 791, 133 N. Y. Supp. 247.